IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10-CV-067-DCK

| | |
|---|---|
| WALTERS & SONS PAINTING, INC., ) <br> a North Carolina corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PPG ARCHITECTURAL FINISHES, ) <br> INC., a Delaware corporation, ) <br> ) <br> Defendant. ) <br> _____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The Court was notified by Defendant's counsel that the parties have reached a settlement in this case. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file their Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **August 29, 2011**.

Signed: July 29, 2011

David C. Keesler
United States Magistrate Judge